**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 13, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00539-CV

---

**T H HILL ASSOCIATES, INC., Appellant**

**V.**

**AARON BURROW AND FEARNLEY PROCTER, INC., Appellees**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2016-21390**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed June 17, 2016. On November 30, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.